■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE PARSON, Also Known as ANDRE LAMAR PARSONS, Appellant. (Appeal No. 2.) [786 NYS2d 764]—Appeal from a judgment of the Monroe County Court (Frank P. Geraci, Jr., J.), rendered May 8, 2002. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree, criminal possession of a controlled substance in the fourth degree and unlawful possession of marihuana.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Green, Kehoe, Gorski and Hayes, JJ.